# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Hassaan Haakim Rashaad ,

    Plaintiff(s),             JUDGMENT IN A CIVIL CASE

vs.                                3:12-cv-00361-MOC

USA ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/11/2012 Order.

Signed: June 12, 2012

Frank G. Johns, Clerk
United States District Court